**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| GEORGE NELSON, on behalf of himself and all others similarly situated, | ) ) | |
| | ) | Civil Action No.: 1:18-cv-07400 |
| Plaintiff, | ) | Honorable Sara L. Ellis |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ROADRUNNER TRANSPORTATION SYSTEMS, INC., | ) ) | |
| | ) | |
| Defendant. | | |

_____

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO NOTICE CLASS[1]**

PLEASE TAKE NOTICE THAT Plaintiff moves the Court to grant Plaintiff's Motion to Notice the Class.

Plaintiff brings this Motion pursuant to Federal Rule of Civil Procedure 23(e). Plaintiff respectfully requests that the Court preliminarily approve the parties' Settlement Agreement and for entry of an Order that:

1. Finds the Court will likely be able to approve the proposed settlement as fair, reasonable and adequate under Rule 23(e)(2), subject to further consideration at the Fairness Hearing and that the parties are authorized and directed to take all actions that may be required prior to final approval by this Court of the proposed settlement and compromises set forth in the Settlement Agreement;

---

[1] The decision of a court to give notice under Rule 23(e)(1) was previously referred to as "Preliminary approval." *See* Advisory Committee Notice., Subdivision (c)(2). Plaintiff now understands that such motion should, under the amended rule, seek an order permitting notice to the Class, rather than "preliminary approval."

2.  Conditionally certifies the settlement class for settlement purposes;

3.  Approves the proposed notice plan and related notices and forms;

4.  Appoints the named Plaintiff as representative of the settlement class;

5.  Appoints the undersigned Class Counsel as counsel for the settlement class;

6.  Approves the procedures in the Settlement for settlement class members to opt out of the settlement class and to object to the proposed settlement; and

7.  Schedules a fairness and final approval hearing.

More specifically, Plaintiff, without objection from Defendant, requests that the Court enter a Preliminary Approval Order that affords the following relief:[2]

1.  Preliminarily approves the Settlement and finds that the Agreement is fair, reasonable, and adequate to the Settlement Class.

2.  Conditionally certifies the Settlement Class for the purpose of effectuating the Settlement.

3.  Designates Named Plaintiff as the representative of the Settlement Class.

4.  Designate Class Counsel as counsel for the Settlement Class.

5.  Set a date for the Final Approval Hearing no later than 210 after the entry of the Preliminary Approval Order.

6.  Regarding Class Notice,

    a.  Approves the form and content of the Class Notice attached as Exhibit 2 to the Agreement;

    b.  Directs the Notice and Settlement Administrator to mail the Class Notice no later than thirty (30) days of the entry of the Preliminary Approval Order to all Settlement Class Members for who the parties have addresses, using first-class

---

[2] The requested relief tracks the defined terms in Sections ___ and ___ of the Settlement.

2

mail, and having first updated the addresses using the National Change of Address database;

c.  Directs the Notice and Settlement Administrator to post the Class Notice and the Agreement, along with other documents agreed to by the Parties, on a website with the domain name www.roadrunnerbreachsettlement.com within ten (10) days of the entry of the Preliminary Approval Order;

d.  Directs the Notice and Settlement Administrator to prepare a notice for publication, to be published within forty-five (45) days of entering the Preliminary Approval Order in publications that the Parties and the Notice and Settlement Administrator mutually agree;

e.  Directs the Notice and Settlement Administrator to file proof of mailing of the Class Notice and proof of compliance with the Notice Plan at or before the Final Approval Hearing, along with the Opt-Out List;

f.  Directs Defendant to file with the Court a declaration of compliance with the notice requirements, after notice has been given; and

g.  Finds the Class Notice and the Notice Plan implemented under the Agreement is reasonable, constitutes the best notice practicable under the circumstances, constitutes due and sufficient notice if the Settlement and the matters stated in said notice to all persons entitled to receive notice, and filly satisfies the requirements of due process and Fed. R. Civ. P. 23.

7.  Regarding the exclusion, or "opt-outs," requires that:

a.  Any member of the Settlement Class who desires to request an exclusion from the Settlement Class submit to the Notice and Settlement Administrator an appropriate,

3

complete, and timely request for exclusion or opt-out on or before a date set by the Court that is 120 days from the entry date of the Preliminary Approval Order;

b. Any request for exclusion or opt-out be exercised individually by a Settlement Class Member, not as or on behalf of a group, class, or subclass, not by any appointees, assignees, claim filing services, claims consultants or third-party claims organizations; except as such exclusion request may be submitted by a Settlement Class Member's attorney on an individual basis;

c. Any Settlement Class Member who does not submit a timely written request for exclusion or opt-out from the Settlement Class will be bound by all proceedings, orders, and judgments in the Lawsuit.

8. Regarding objections and requests to intervene, requires that:

a. Any Settlement Class Member that has not submitted a timely request for exclusion for Settlement Class, and each governmental entity, that wishes to object to the fairness, reasonableness, or adequacy of the Agreement or any term or aspect of the proposed Settlement, or to intervene in the Lawsuit, must provide to the Notice and Settlement Administrator (who shall forward it to lead counsel for Defendants) and file with the Court no later that 120 days from the entry date of the Preliminary approval Order a statement of the objection or motion to intervene, including any support the Settlement Class Member or governmental entity wishes to bring to the Court's attention and all evidence the Settlement Class Member or governmental entity wished to introduce in support of his or her objecting or moving to intervene. Such a statement must (1) be made in writing, including a heading that refers to the Lawsuit by name and number; (2) contain the objector's or putative intervener's

full name and current address; (3) provide a statement of the objector's or intervener's specific objections to any matter before the Court and the grounds and arguments for the objection or request to intervene; (4) include all documents and other writings the objector wishes the Court to consider and describe any and all evidence the objecting or intervening Settlement Class Member or governmental entity may offer at the Final Approval Hearing, including but not limited to, the names and expected testimony of witnesses; (5) be signed and dated by the objector, and (7) be filed with the Court and served on the Notice and Settlement Administrator, Class Counsel, and counsel for Defendants on or before a date set by the Court that is no later than 120 days from the entry date of the Preliminary Approval Order. Any papers not filed and serve in the prescribed manner and time will not be considered at the Final Approval Hearing, and all objections not made in the prescribed manner and time shall be deemed waived;

b. Any Settlement Class Member who objects or requests to intervene shall make themselves available to be deposed by Class Counsel and counsel for Defendant in the county of the objector's or putative intervener's residence within thirty (30) days of service of his or her timely written objection or motion to intervene;

c. Any objections or requests to intervene by a Settlement Class Member must be exercised individually by a Settlement Class Member, not as or on behalf of a group, class, or subclass, not by any appointees, assignees, claims brokers, claim filing services, claims consultants or third-party claims organizations; except that such objections or requests may be submitted by a Settlement Class Member's attorney on an individual basis;

d. Any member of the Settlement Class or governmental entity, or their respective counsel, that desires to appear in person at the Final Approval Hearing for purposes of objecting to the Settlement or intervening in the Lawsuit, file with the Court and serve on Class Counsel and counsel for Defendant a notice of appearance in the Lawsuit, in addition to simultaneously filing and serving wit the written objections or intervention requests described above that also contains a statement of desire to appear personally at the Final Approval Hearing for purposes of objecting to the Settlement, on or before a date set by the Court that is no later than 120 days from the entry of the Preliminary Approval Order;

e. Any responses to objections or motions to intervene must be filed with the Court and served upon Class Counsel and counsel for Defendant on or before a date set by the Court that is no later than 180 Days from the entry date of the Preliminary Approval Order;

9. Regarding attorneys' fees, costs and expenses, requires that:

a. Class Counsel, must file and serve their motion on or before a date set by the Court that is no later than 90 days from the entry of the Preliminary Approval Order.;

b. Any objection to Class Counsel's motion be filed with the Court and served on Class Counsel and counsel for Defendant on or before a date set by the Court that is no later than 120 days from the entry date of the Preliminary Approval Order;

6

    c. Class Counsel must file and serve any reply in support of their Application(s) on or before a date set by the Court that is no later than 150 days from the entry date of the Preliminary Approval Order;

10. Regarding Settlement Claims, requires that all Claim Forms for damage up to the Claim Deadline must be either received by the Settlement Administrator or postmarked on or before the Claim Deadline set by the Court;

11. Designate Epiq Systems as the Notice and Settlement Administrator and instructs the Notice and Settlement Administrator to perform the functions specified in the Settlement Agreement, including:

    a. Implement the Notice Plan;

    b. Provide Lead Class Counsel and Defendants with copies of the Claim Form and supporting documentation submitted with each Settlement Claim upon request within five (5) days after determining that the Claim Form was fully and properly submitted;

    c. Review and take into consideration any timely submitted objections before making a good-faith determination on whether and to what extent the Settlement Class Member has established Eligible Damage and entitlement to benefits under the terms of the Agreement;

    d. Receive, evaluate, and either approve as meeting the requirements of the Agreement or disapprove as failing to meet those requirements, Claim Forms sent by Settlement Class Members seeking to receive benefits provided for in the Agreement, all in accordance with the Agreement;

e.  Provide to Defendant and Class Counsel respectively true and accurate lists of the names and addresses of all Settlement Class Members who have submitted Claim Forms and whose Claim Forms the Notice and Settlement Administrator has determined to be (i) complete and valid or (ii) incomplete or invalid;

f.  Send to each Settlement Class Member who has submitted a Claim Form that the Notice and Settlement Administrator has determined not to be a valid Settlement Claim, and to Class Counsel and Defendant's counsel, a Notice of Denied Claim;

g.  Send to each Class Member who has submitted a Claim Form that the Notice and Settlement Administrator has determined to be a complete and valid Settlement Claim for which the appropriate relief is determined under the terms of the Agreement, a Notice of Approved Claim;

h.  Process requests for exclusion from the Settlement in accordance with the terms of the Agreement;

i.  Before mailing the Class Notice establish a toll-free telephone number that Settlement Class Members can call and which contains recorded answers to frequently asked questions, along with an option permitting callers to speak to live operators or to leave messages in a voicemail box, to request additional Claim Forms or additional information regarding the Settlement; and

j.  Within thirty (30) Days after the payment of valid Settlement Claims for monetary compensation by the Notice and Settlement Administrator, provide (i) to Defendant's counsel and Class Counsel a statement of the total

8

number of Settlement Claims submitted, the total number of Settlement Claims determined to be valid, the total dollar amount paid to Settlement Class members pursuant to the Agreement, the total dollar amount paid to Settlement Class Members for each category of benefits for both sash and full units (product, installation, finishing, other property) and (ii) to Defendant's counsel all original Claim Forms and supporting documentation for each Settlement Claim determined to be valid pursuant to the Agreement, with a copy set to Class Counsel.

12. Preliminarily enjoins all Settlement Class Members and their legally authorized representatives, unless and until they have timely and properly excluded themselves from the Settlement Class from:

    a. Filing, commencing, prosecuting, intervening in, or participating as plaintiff, claimant, or class member in any other lawsuit or administrative, regulatory, arbitration, or other proceeding in any jurisdiction based on, relating to, or arising out of the Claims and causes of action, or the facts and circumstances at issue, in the Lawsuit and/or the Released Claims;

    b. Filing, commencing, or prosecuting a lawsuit or administrative, regulatory, arbitration, or other proceeding as a class action on behalf of any Settlement Class Member who has not timely excluded his or herself (including by seeking to amend a pending complaint to include class allegations or seeking class certification in a pending action), based on, relating to, or arising out of the Claims and causes of action, or the facts and circumstances at issue, in the Lawsuit and/or the Released Claims; and

9

c.   Attempting to effect an opt-out of a class of individuals in any lawsuit or administrative, regulatory, arbitration, or other proceeding based on, relating to or arising out of the Claims and causes of action, or the facts and circumstances at issue, in the Lawsuit and/or the Released Claims.

13. Adopts any additional provisions agreeable to the parties that might be necessary to implement the terms of the Settlement.

In addition to the pleadings and papers, extensive discovery, expert reports and opinions, and other evidence in the record and argument to be presented to the Court, this motion is supported by Plaintiff's Memorandum of Law and related attachments, filed concurrently with this motion. As noted above, a proposed order is attached as **Exhibit 1**.

Dated: February 3, 2020

Respectfully submitted,

*Attorneys for Plaintiff and the Proposed Class*

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

/s/ John A. Yanchunis
John A. Yanchunis
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
T: (813) 223-5505
F: (813) 222-2434
jyanchunis@forthepeople.com

**CLIFFORD LAW OFFICES**

*/s/ Shannon M. McNulty, Esq.*
Shannon M. McNulty, Esq.
Robert A. Clifford, Esq.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
T: (312) 899-9090
F: (312) 251-1160
smm@cliffordlaw.com
rclifford@cliffordlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2020, I electronically filed a true and correct copy of the foregoing unopposed motion with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *John A. Yanchunis*_____ _____
 John A. Yanchunis