# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE NELSON, on behalf of himself and all others similarly situated, ) ) ) | ) Civil Action No.: 1:18-cv-07400 |
| Plaintiff, ) | ) Honorable Sara L. Ellis |
| ) v. ) ) ) | |
| ROADRUNNER TRANSPORTATION SYSTEMS, INC., ) ) ) | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND SERVICE AWARD

Plaintiff moves the Court to grant Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses and Service Awards.

Plaintiff respectfully requests that the Court grant his Motion for Attorneys' Fees, Costs, and Expenses and Service Award, and that the Court enter an Order that:

(1) Awards Settlement Class Counsel $388,000 in reasonable attorneys' fees, costs, and expenses for Settlement Class Counsel's efforts in litigating this action and obtaining the benefits for the Settlement Class afforded by the Settlement;

(2) Awards a Service Award of $2,500 to the Settlement Class Representative, as determined by his involvement as described in the memorandum in support of this motion; and

(3) Grants further relief as the Court deems just and proper.

This Motion is supported by the memorandum filed in support and the exhibits referenced therein.

Dated: July 17, 2020 	Respectfully submitted,

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

/s/ *John A. Yanchunis*
John A. Yanchunis
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
T: (813) 223-5505
F: (813) 222-2434
jyanchunis@forthepeople.com

**CLIFFORD LAW OFFICES**

/s/ *Shannon M. McNulty, Esq.*
Shannon M. McNulty, Esq.
Robert A. Clifford, Esq.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
T: (312) 899-9090
F: (312) 251-1160
smm@cliffordlaw.com
rclifford@cliffordlaw.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 17, 2020, I electronically filed a true and correct copy of the foregoing unopposed motion with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ *John A. Yanchunis*
John A. Yanchunis