# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

George Nelson

                              Plaintiff,

v.                                                        Case No.: 1:18–cv–07400
                                                                   Honorable Sara L. Ellis

Roadrunner Transportation Systems, Inc

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Final approval hearing held via telephone con 8/25/2020. Plaintiff's motion for final approval of class action settlement [58] is granted. Plaintiff's motion for attorneys' fees, costs, and expenses and service award [59] is granted. [Enter Final Order and Judgment granting Final Approval of the Class Action Settlement] Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.